# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2008

136820

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                    SC: 136820
                                    COA: 281479
                                    Oakland CC: 2007-214517-FH

ALBERT NORMAN BAYER,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 15, 2008 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the portion of the judgment of the Court of Appeals that states that medical testimony is required in all prosecutions under MCL 750.520b(1)(f)(iv). *People v Baisden,* __ Mich __ (Docket No. 136321, decided September 26, 2008). In all other respects, the application is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2008

_____
Clerk

p0923